1  NICOLA T. HANNA
   United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   DAVID T. RYAN (Cal Bar No. 295785)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4491
7       Facsimile: (213) 894-2979
        E-mail:    david.ryan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 20-MJ-2310 |
|---|---|
| | GOVERNMENT'S *EX PARTE* APPLICATION TO UNSEAL DOCUMENTS |
| | **[UNDER SEAL]** |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney David T. Ryan, hereby applies ex parte for an order to unseal the search warrant, the application for the search warrant, and all attachments thereto in the above-captioned matter.

//

//

This ex parte application is based on the attached declaration of David T. Ryan.

Dated: August 18, 2020         Respectfully submitted,

                               NICOLA T. HANNA
                               United States Attorney

                               CHRISTOPHER D. GRIGG
                               Assistant United States Attorney
                               Chief, National Security Division


                               ____/S/_____
                               DAVID T. RYAN
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**DECLARATION OF DAVID T. RYAN**

I, David T. Ryan, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this matter.

2. On May 21, 2020, the Court issued a search warrant in this case for the person of Daniel Leroy Jenkins ("JENKINS"), as well as a search warrant in case number 20-MJ-2309 for JENKINS' residence, in connection with the government's investigation of JENKINS for transmitting threats in interstate commerce in violation of 18 U.S.C. § 875(c). The government also filed in this case an Ex Parte Application for Order Sealing Documents (the "Application"). The Application sought to seal the search warrant, the application for the search warrant, and all attachments thereto, to prevent public disclosure of the nature, scope, and details of the investigation in order to protect the integrity of the investigation.

3. Later on May 21, 2020, the Court issued an Order sealing the search warrant, the application for the search warrant, and all attachments thereto. The Court's Order stated that the documents "shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel."

4. According to information provided to me by Federal Bureau of Investigation ("FBI") Special Agents and Task Force Officers, on May 27, 2020, FBI Special Agents and Task Force Officers executed the warrants for JENKINS' person and residence and found, among other things, numerous firearms, materials for manufacturing firearms, and

other firearm-related materials, the possession of which, according to California law enforcement officers, likely constitutes violations of California law.  Agents also interviewed JENKINS, who admitted his possession of those firearms and firearm-related materials.

5. The government seeks to provide a copy of the warrant, the application for the warrant, and all attachments thereto, to the Los Angeles County District Attorney's Office and the Los Angeles Sheriff's Department, which are currently investigating defendant for violations of state law in connection with the firearms and related materials found during the execution of the warrants.

6. For these reasons, the government seeks an Order from this Court to unseal the warrant, the application for the search warrant, and all attachments thereto.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed at Los Angeles, California, on August 18, 2020.

*/s/ David T. Ryan*

DAVID T. RYAN

4